[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELVENTH CIRCUIT

_____

No. 20-13783
Non-Argument Calendar

_____

D.C. Docket No. 6:13-cr-00311-RBD-T-S-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

vs.

SIRRICO LEWIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(August 11, 2021)

Before JORDAN, NEWSOM, and BRASHER, Circuit Judges.

PER CURIAM:

Sirrico Lewis appeals the district court's denial of his motion for compassionate release, filed pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act. We affirm.

First, Mr. Lewis argues that the district court was not limited by the Sentencing Commission's policy statement, U.S.S.G. § 1B1.13, in considering his motion. But our decision in *United States v. Bryant*, 996 F.3d 1243, 1262 (11th Cir. 2021), forecloses that argument.

Second, Mr. Lewis contends that the district court erred by failing to consider the factors set forth in 18 U.S.C. § 3553(a) in light of his evidence of post-sentencing rehabilitation. We disagree. The district court expressly considered the § 3553(a) factors. And though it did not mention Mr. Lewis' evidence of rehabilitation, its explanation is sufficient to allow for meaningful appellate review. *See United States v. Cook*, 998 F.3d 1180, 1184-86, (11th Cir. 2021). The district court pointed to a number of reasons why compassionate release was inappropriate—including Mr. Lewis' lengthy criminal history and convictions for sexual assault—and its decision did not constitute an abuse of discretion.

**AFFIRMED.**